Tiffany G. Doctors, Esq.
NV Bar No.: 14363
8390 W. Windmill Lane, Building B
Las Vegas, NV 89113
Tel: (702) 382-2030
Fax: (702) 684-5157
Email: tgd@weltlaw.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JUNE L. W            ,<br><br>                    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>                    Defendant. | CASE NO.<br>2:25-cv-01870-NJK<br><br>**MOTION TO SUBSTITUTE TIFFANY G. DOCTORS AS ATTORNEY FOR PLAINTIFF AND SUBSTITUTING ATTORNEY HAL R. TAYLOR** |

   Plaintiff, June L. Warren, moves this Court to substitute the appearance of counsel in this matter because attorney Hal Taylor is unreachable and appears to no longer practice law. Plaintiff, June L. Warren, was informed and consents to the substitution of the undersigned. Counsel for the Commissioner was contacted and has no objection to this request.

   Wherefore, Plaintiff requests that Attorney Tiffany G. Doctors be substituted for Attorney Hal R. Taylor as Counsel for Plaintiff in this matter.

Dated January 9, 2026.

IT IS SO ORDERED.
Dated:  January 12, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

Respectfully submitted,

/s/Tiffany G. Doctors
Tiffany G. Doctors, Esq.
NV Bar No.: 14363
8390 W. Windmill Lane, Building B
Las Vegas, NV 89113
Tel: (702) 382-2030

1