**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JUNE L. WARREN

Plaintiff(s),

vs.

COMMISSIONER OF SOCIAL
SECURITY

Defendant(s).

Case # 2:25-cv-01870-NJK

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

_____David B. Goetz_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Gonzalez & Goetz, LLC
(firm name)

with offices at _____2300 NW Corporate Boulevard, Suite 244_____,
(street address)

_____BocaRaton_____, Florida [▼], _____33431_____,
(city)                          (state)              (zip code)

_____954-764-8989_____, _____USDCdavid@gglaw.info_____.
(area code + telephone number)       (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____June L. Warren_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____February 7, 1994_____, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of _Florida_____ ▾
                                                                                                          (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
~~Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts~~
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern District Court of Florida | 10/13/2000 | 996416 |
| Middle District Court of Florida | 11/08/2011 | 996416 |
| Northern District Court of Florida | 07/15/2016 | 996416 |
| Eleventh Circuit Court of Appeals | 05/12/2017 | 996416 |
| Supreme Court of the United States | 06/17/2025 | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

NONE

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

NONE

7.    That Petitioner is a member of good standing in the following Bar Associations.

NONE

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Florida     [▼] )
COUNTY OF Broward )

_____David B. Goetz_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_5th_ day of __January__ , 2026 .

_____
Notary Public or Clerk of Court

Notary Public State of Florida
Lisa G Goetz
My Commission HH 467595
Expires 2/25/2028.

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Tiffany G. Doctors_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____8390 W. Windmill Lane, Bldg. B_____,
(street address)

_____Las Vegas_____ , _____Nevada_____ [▼], _____89113_____ ,
(city)     (state)     (zip code)

_____702-382-2030_____ , _____TGD@weltlaw.com_____ .
(area code + telephone number)     (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Tiffany G. Doctors_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

June L. Warren, Plaintiff
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

14363                          TGD@weltlaw.com
Bar number                     Email address

The Court **GRANTS** the pro hac vice application as amended.  Docket No. 16.  The Court **DENIES** as moot the earlier pro hac vice application. Docket No. 14.
IT IS SO ORDERED.
Dated:  January 27, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

# Supreme Court of Florida

## Certificate of Good Standing

I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that

## DAVID B GOETZ

was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on FEBRUARY 7, 1994, is presently in good standing, and that the private and professional character of the attorney appears to be good.



WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this JANUARY 14, 2026.

_____
Clerk of the Supreme Court of Florida