**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

June L. W.,

      Plaintiff(s),

v.

Frank Bisignano,

      Defendant(s).

Case No. 2:25-cv-01870-NJK

**ORDER**

[Docket No. 18]

This is a social security appeal in which the Commissioner filed the certified record on December 8, 2025. Docket No. 9. Plaintiff's opening brief was due 30 days thereafter pursuant to Rule 6 of the Supplemental Rules for Social Security. An opening brief was not filed by that date. On January 9, 2026, Attorney Tiffany Doctors filed a motion to substitute. Docket No. 12. That request to substitute did not seek an extension of the case deadlines. *See id.*

Now pending before the Court is an unopposed motion to extend[1] the deadline to file Plaintiff's opening brief by 60 days. Docket No. 18. The motion suffers from several fundamental flaws. First, the motion does not include any points and authorities. *See* Local Rule 7-2(d). Second, the motion does not identify the pertinent good cause and excusable neglect standards, *see* Fed. R. Civ. P. 6(b), nor explain in meaningful fashion how they are satisfied in this case. Third, the motion does not explain why relief from this deadline was not sought concurrently with the request to substitute as counsel. *See* Local Rule IA 11-6(c)-(e). Fourth, the motion does not identify with particularity the new deadline being proposed, simply referencing a "60-day extension" without indicating whether that would be 60 days from the original deadline or 60 days from the date of filing the extension request.

---

[1] Although fashioned as a request for an "extension," the motion is actually seeking to revive an expired deadline.

1

Notwithstanding the above, the Court recognizes that this request is unopposed and that there is an overriding preference for cases to be decided on their merits. As a <u>one-time</u> courtesy, the Court will provide a 60-day extension from the expired deadline. Accordingly, the unopposed motion is **GRANTED** in that the deadline to file Plaintiff's opening brief is **RESET** to March 9, 2026. <u>The Court is not inclined to extend this deadline further</u>.

IT IS SO ORDERED.

Dated: February 2, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

2